UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| AVERY ARNAZ JACKSON, | ) Civil Action Number: 5:19-cv-02326-BHH-KDW |
| Plaintiff, | ) |
| v. | ) |
| ANDREW SAUL,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Defendant's Motion to Remand is made with the consent of Plaintiff's counsel. ECF No. 10. Accordingly, Defendant's Motion to Remand, ECF No. 10, is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

March 11, 2020  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge